RECEIVED

SEP 14 2026

AT 8:30 ____________ M
CLERK, U.S. DISTRICT COURT - DNJ

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

Walter Tyrone Green

*(In the space above enter the full name(s) of the plaintiff(s).)*

**- against -**

Gregory Leonberg

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**

Jury Trial: ☐ Yes ☒ No

(check one)

**I. Parties in this complaint:**

A. List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff

| | |
|---|---|
| Name | Walter Tyrone Green |
| Street Address | 177 Eastbrook Ln |
| County, City | Burlington, Willingboro |
| State & Zip Code | NJ, 08046 |
| Telephone Number | 609-880-3423 |

B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name Gregory Leonberg
Street Address 818 N. Lenola Rd
County, City Burlington, Moorestown
State & Zip Code NJ 08057
(609) 560-8000

Defendant No. 2
Name ____
Street Address ____
County, City ____
State & Zip Code ____

Defendant No. 3
Name ____
Street Address ____
County, City ____
State & Zip Code ____

Defendant No. 4
Name ____
Street Address ____
County, City ____
State & Zip Code ____

**II. Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A. What is the basis for federal court jurisdiction? *(check all that apply)*

- [X] Federal Questions
- [ ] Diversity of Citizenship
- [ ] U.S. Government Plaintiff
- [ ] U.S. Government Defendant

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? Case dismissed at stated level + changed to criminal theft.

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship Citizen

Defendant(s) state(s) of citizenship Citizen

**III. Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? Theft of personal property as a result of wrongful eviction.

B. What date and approximate time did the events giving rise to your claim(s) occur? Theft occured 1/1/2025.

What happened to you?

C. Facts: See attached documents DC 8988-25

Who did what?

Was anyone else involved?

Who else saw what happened?

**IV. Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. None, economic only

**V. Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

Losses monetary

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 14 day of September, 20 26.

Signature of Plaintiff ____________________

Mailing Address 177 Eastbrook Ln
Willingboro NJ 08046

Telephone Number 609-880-3443

Fax Number *(if you have one)* ____________________

E-mail Address greenmoney3997@gmail.com

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: ____________________